THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SHAMOS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 942 FIFTH AVENUE CORPORATION, Appellant, against JOSEPH LILLY, as President, et al., as Commissioners Constituting the Tax Commission of the City of New York, Respondents.— After taking into consideration all relevant factors we think that the order should be modified by reducing the assessment for the year 1942–1943 as follows:

| Land | Building | Total |
|------|----------|-------|
| $345,000 | $325,000 | $670,000 |

As so modified the order, so far as appealed from, is unanimously affirmed, with twenty dollars costs and disbursements to the relator. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MORRIS LIFSHITZ, Respondent, v. ASA G. CANDLER, INC., et al., Appellants.— Judgment unanimously reversed and a new trial ordered with costs to the appellants to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,177.75, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FRANK SICCARDI, Respondent, v. VICTOR CORY, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, without prejudice to a proper application for the issuance of a commission to take the testimony of the person sought to be examined. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH TRAVATELLO, Respondent, against HARRY T. ASHWORTH, as Warden of the Penitentiary of the City of New York, Rikers Island, New York, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order unanimously reversed, the writ dismissed and the relator remanded to custody. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [182 Misc. 52.]

BEN MANN FABRICS CORPORATION, Respondent, v. APPLIKON, INC., Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY L. BAKER et al., Respondents, v. SAMUEL COHN et al., Defendants, TUBULAR TEXTILE MACHINERY CORPORATION, Defendant-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 965.]

In the Matter of DRY DOCK SAVINGS INSTITUTION, Respondent, against TUDOR CITY SIXTH UNIT, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ALBERT H. HENDERSON, Respondent, against FIORELLO H. LA GUARDIA et al., Constituting the Board of Estimate of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [182 Misc. 1071.] [See post, p. 965.]